UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER TORCIK,

JUDGMENT
02-CV-5994 (FB)

                  Plaintiff,

-against-

THE CHASE MANHATTAN BANK, INC.,
and DOES 1-10,

                  Defendants.
------------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 9, 2005, granting Chases's motion for summary judgment; and dismissing plaintiff's complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that Chase's motion for summary judgment is granted; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
        September 12, 2005

                                                         ROBERT C. HEINEMANN
                                                       Clerk of Court